UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISABEL CAMPOS,<br>　　　　　　Plaintiff,<br><br>v.<br><br>PHILIP MORRIS USA, INC., and DOES 1-100,<br>　　　　　　Defendants. | Case No.: 2:21-CV-06864-AB (JDEx)<br><br>**ORDER STRIKING PLAINTIFF ISABEL CAMPOS' MOTION TO REMAND AND ORDERING COMPLIANCE WITH LOCAL RULES AND STANDING ORDERS** |

　　　　On September 17, 2021, Plaintiff Isabel Campos' file a Motion to Remand ("Motion") that was entered by the Court on September 28, 2021.  (Dkt. No. 13.) Upon a review of Plaintiff's Motion, the Court hereby strikes the Motion because it does not conform with this Court's Local Rules, specifically Local Rules 6 and 7, as well as Judge Birotte's Standing Orders.

　　　　For example, Plaintiff must adhere to Local Rule 6 and Judge Birotte's Standing Orders.  As such, Plaintiff must include a hearing date in her Motion and refile her Motion twenty-eight (28) days before the hearing date chosen by Plaintiff. Pursuant to Local Rule 7-3, Plaintiff must also engage in a pre-filing conference with opposing counsel "to discuss thoroughly . . . the substance of the contemplated motion

1.

and any potential resolution," and must include a statement of compliance in her Motion. Last, Plaintiff must file a proposed order with her Motion pursuant to Local Rule 52-4.1.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's Motion (Dkt. No. 13) be **STRICKEN**. However, Plaintiff may refile a Motion that conforms with this Court's Local Rules and Judge Birotte's Standing Orders.

**IT IS SO ORDERED.**

Dated: September 30, 2021

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE