UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISABEL CAMPOS,<br><br>    Plaintiff,<br><br>    v.<br><br>PHILIP MORRIS USA, INC., and DOES 1-100,<br><br>    Defendants. | Case No.: 2:21-CV-06864-AB (JDEx)<br><br>**[PROPOSED]** **JUDGMENT** |

On October 21, 2021, this Court granted Defendant Philip Morris USA Inc.'s Motion to Dismiss Plaintiff's Amended Complaint without leave to amend.  (Dk. Nos. 21, 26.)  Accordingly, judgment is entered in favor of Defendant Philip Morris USA Inc.  This action is **DISMISSED with prejudice**.  The Clerk shall close the file.

Dated: October 25, 2021

_____
The Honorable André Birotte Jr.
United States District Judge